Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MICHAEL LAYMAN

FILED
2007 NOV 26  A 11: 03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
S1
99

ADR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICHAEL LAYMAN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

Case No. C07 05933 HRL

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

15 United States Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

Plaintiff, MICHAEL LAYMAN (hereinafter "Plaintiff"), based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

-1-
COMPLAINT

3. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### III. VENUE

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

5. This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V. PARTIES

6. Plaintiff, MICHAEL LAYMAN (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

7. Defendant, NCO FINANCIAL SYSTEMS, INC. (hereinafter "NCO"), is a Pennsylvania corporation engaged in the business of collecting debts in this state with its principal place of business located at: 507 Prudential Road, Horsham, Pennsylvania 19044-2308. NCO may be served at the address of its agent for service of process at: NCO Financial Systems, Inc., c/o CT Corporation System, 818 West 7th Street, Los Angeles, California 90017-3407. The principal purpose of NCO is the collection of debts using the mails and telephone, and NCO regularly attempts to collect debts alleged to be due another. NCO is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

### VI. FACTUAL ALLEGATIONS

8. On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation, namely a consumer credit account issued by Wells Fargo, and bearing the account number XXXX-XXXX-XXXX-8082 (hereinafter "the alleged debt"). The alleged debt was

-2-
COMPLAINT

incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

9. Sometime thereafter on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

10. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

11. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

12. The collection letter (Exhibit "1") is dated September 15, 2006.

13. The collection letter (Exhibit "1") was the Defendant's first written notice initially addressed to Plaintiff in connection with collecting the alleged debt.

14. Thereafter, Defendant sent a second collection letter (Exhibit "2") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

15. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

16. The collection letter (Exhibit "2") is dated February 6, 2007.

17. Thereafter, Defendant made several telephone calls to Plaintiff which were each a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

18. On or about February 6, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Hello, this message is for Michael Layman. Michael when you get this message give me a call back. Toll free number is 877-363-0954. My extension number is 1527. Again, my extension number is 1527. When you get this message, give me a call back. Thank you.

19. On or about February 17, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

-3-
COMPLAINT

> We need to speak with Michael Layman about a personal business matter. Please call us toll free at 877-232-1835 and use ID code KBL259. That number again is 877-232-1835 and use ID code KBL259. Thank you. Goodbye.

20. On or about February 18, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> ...debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Dana Watts back today at 1-877-637-7113. Once again the number is 1-877-637-7113. Thank you. KBL259 is your ID code. Again, your ID code is KBL259.

21. On or about February 16, 2007, Plaintiff mailed a letter to Defendant which stated: "please be advised that I dispute this debt and refuse to pay."

22. A true and accurate copy of the Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

23. Defendant received Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "3") on or about February 19, 2007.

24. A true and accurate copy of the USPS Tracking Report evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "3") is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

25. After receiving Plaintiff's letter notifying Defendant of his refusal to pay the alleged debt (Exhibit "3"), Defendant continued to communicate with the Plaintiff in an attempt to collect the alleged debt.

26. On or about February 22, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

> Hi, this message is for Michael Layman. This is Brenda Mowry. Please give me a call back today at 1-877-363-0954, extension 1688. When calling back refer to ID code KBL259. Again my phone number is 877-363-0954, extension 1688. Thank you.

27. On or about February 24, 2007, an employee of Defendant recorded the following message on Plaintiff's answering machine:

-4-
COMPLAINT

> This confidential and important message is for Michael Layman. This is Pat Wallen. The law requires I notify you I'm calling from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call be back today 877-637-7113 extension 1548. Thank you.

28.  On or about February 25, 2007, Defendant recorded the following automated message on Plaintiff's answering machine:

> ... company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Dana Watts back today at 1-877-637-7113. Once again the number is 1-877-637-7113. Thank you. KBL259 is your ID code. Again, your ID code is KBL259.

29.  Each of Defendant's answering machine messages was a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

30.  Defendant comunnicated with Plaintiff in an attempt to collect a debt, after being notified in writing that Plaintiff disputed the debt and refused to pay, in violation of 15 U.S.C. § 1692c(c).

31.  Defendant failed to disclose Defendant's identity and the nature of Defendant's business in its answering machine messages, in violation of 15 U.S.C. § 1692d(6) and Cal. Civil Code § 1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1112, 1118 (C.D. Cal. 2005).

32.  Defendant failed to disclose that its answering machine messages were communications from a debt collector, in violation of 15 U.S.C. § 1692e(11). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. Cal. 2005); *Foti v. NCO Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

33.  Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

34.  Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 32 above.

35.  Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

-5-
COMPLAINT

1692a(3).

36. Defendant, NCO, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

37. The financial obligation allegedly owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

38. Defendant's answering machine messages described above violate the FDCPA. The violations include, but are not limited to, the following:

    a. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6); and

    b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11).

39. Defendant has further violated the FDCPA in the following respect:

    a. Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt, after receiving written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c).

40. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

41. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

42. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

43. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 41 above.

44. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

45. Defendant, NCO, is a "debt collector" as that term is defined by the RFDCPA,

-6-
COMPLAINT

Cal. Civil Code § 1788.2(c).

46. The financial obligation allegedly owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

47. Defendant's answering machine messages described above violate the RFDCPA. The violations include, but are not limited to, the following:

    a. Defendant failed to disclose Defendant's identity and the nature of Defendant's business, in violation of 15 U.S.C. § 1692d(6), as incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code § 1788.11(b); and

    b. Defendant failed to disclose that the communications were from a debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated by Cal. Civil Code § 1788.17.

48. Defendant has further violated the RFDCPA in the following respect:

    a. Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt, after receiving written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17.

49. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

50. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

51. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

52. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and

-7-

15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

53. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant's answering machine messages violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692d(6) and 1692e(11);

c. Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c);

d. Declare that Defendant's answering machine messages violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b) and 1788.17;

e. Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788.17;

f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

g. Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

h. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

i. Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

j. Award Plaintiff such other and further relief as may be just and proper.

///
///
///
///

-8-
COMPLAINT

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
MICHAEL LAYMAN

### CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MICHAEL LAYMAN, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

COMPLAINT

PO Box 4909
Dept 22
Trenton, NJ 08650-4909

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-877-363-0954
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Sep 15, 2006

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.



EXHIBIT 1

KBL259      911
MICHAEL LAYMAN
1358 SARATOGA AVE
SARATOGA CA  95070-3610

FORMER CREDITOR:
WELLS FARGO
ACCOUNT #: 4465390013208082
PURCHASED BALANCE: $10196.61
INTEREST AMOUNT: $ 3173.97
INTEREST RATE: 14.500%
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $ 13370.58

Your account has been purchased by NCO Portfolio Management, an affiliate of NCO Financial Systems, Inc. It is important that you forward your payment.

This may be reported to all national credit bureaus, if you: a) do not notify this office within 30 days after receiving this notice that you dispute the account or any portion thereof, or b) the account is not paid in full or otherwise resolved after 30 days from receiving this notice. It is our intention to work with you to resolve this matter. However, if payment or any acceptable resolution has not occurred, your account will be subject to further collection.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CKBL2592-282YXN.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

As required by the California Consumer Credit Reporting Agencies Act, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

PLEASE SEE IMPORTANT INFORMATION
ON REVERSE SIDE

Check here if your address or phone number has changed and provide the new information below.

| Account # | Total Balance |
|---|---|
| KBL259 | $ 13370.58 |

MICHAEL LAYMAN

Payment Amount

$

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 4907
TRENTON NJ 08650-4907

NCO B1

0122O0KBL2596000000150000000001337058O

DATA 301P

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

PO Box 4909
Dept 22
Trenton, NJ 08650-4909

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-877-637-7113
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Feb 6, 2007

Calls to or from this company may be monitored or recorded for quality assurance.

KBL259                                    5025
MICHAEL LAYMAN
1358 SARATOGA AVE
SARATOGA CA  95070-3610

NCO PORTFOLIO MANAGEMENT
FORMER CREDITOR: WELLS FARGO
ACCOUNT #: 4465390013208082
PURCHASED BALANCE: $10196.61
INTEREST AMOUNT: $ 3757.28
INTEREST RATE: 14.500%
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $13953.89

Dear MICHAEL LAYMAN,

We are offering you a settlement at this time, which will allow you to pay 50% of the balance listed above. This offer may expire without notice. Before making payment, please confirm with one of our representatives that this offer has not expired.

Forward your payment to the address listed below. If you have further questions please contact us at 1-877-637-7113.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CKBL2592-282YXN.

**EXHIBIT 2**

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

As required by the California Consumer Credit Reporting Agencies Act, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

| Account # | Total Balance |
|---|---|
| KBL259 | $ 13953.89 |

MICHAEL LAYMAN

Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 4907
TRENTON NJ 08650-4907

NCO R
5025

012200KBL259600000015000000000013953899

# REFUSE TO PAY LETTER

__NCO FINANCIAL SERVICES, INC.__
Collection Agency's Name

__507 PRUDENTIAL RD.__
Collection Agency's Address

__HORSHAM, PA 19044__

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

__2·16·07__
Today's Date

__7005 3110 0000 4788 3667__
Tracking Number

Re: Account No. __4465390013208082__

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

_[signature]_
Sign your name here

__MICHAEL LAYMAN__
Print your name here

__1358 SARATOGA AVE.__
Print your address here

__SARATOGA, CA. 95070__




EXHIBIT 3

PO Box 4909
Dept 22
Trenton, NJ 08650-4909

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-877-637-7113
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Feb 6, 2007

Calls to or from this company may be monitored
or recorded for quality assurance.

KBL259                               5025
MICHAEL LAYMAN
1358 SARATOGA AVE
SARATOGA CA  95070-3610

NCO PORTFOLIO MANAGEMENT
FORMER CREDITOR: WELLS FARGO
ACCOUNT #: 4465390013208082
PURCHASED BALANCE: $10196.61
INTEREST AMOUNT: $ 3757.28
INTEREST RATE: 14.500%
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $13953.89

Dear MICHAEL LAYMAN,

We are offering you a settlement at this time, which will allow you to pay 50% of the balance listed above. This offer may expire without notice. Before making payment, please confirm with one of our representatives that this offer has not expired.

Forward your payment to the address listed below. If you have further questions please contact us at 1-877-637-7113.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CKBL2592-282YXN.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)
---

As required by the California Consumer Credit Reporting Agencies Act, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

| Account # | Total Balance |
|---|---|
| KBL259 | $ 13953.89 |

MICHAEL LAYMAN

Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 4907
TRENTON NJ 08650-4907

NCO R
5025

0122OOKBL2596000000150000000000013953899



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0000 4788 3667
Detailed Results:

- Delivered, February 19, 2007, 11:00 am, HORSHAM, PA 19044
- Arrival at Unit, February 19, 2007, 9:41 am, HORSHAM, PA 19044
- Acceptance, February 16, 2007, 3:44 pm, SAN JOSE, CA 95113

< Back                    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

**EXHIBIT 4**