| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| | CONSUMER LAW CENTER, INC. |
| 2 | 12 South First Street, Suite 1014 |
| | San Jose, California 95113-2418 |
| 3 | Telephone Number: (408) 294-6100 |
| | Facsimile Number: (408) 294-6190 |
| 4 | Email Address: fred.schwinn@sjconsumerlaw.com |
| 5 | Attorney for Plaintiff |
| | MICHAEL LAYMAN |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL LAYMAN, | Case No. C07-05933-HRL |
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant. | |

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case to a United States District Judge.

CONSUMER LAW CENTER, INC.

Dated: February 26, 2008         By: /s/ Fred W. Schwinn
                                        Fred W. Schwinn, Esq.
                                        Attorney for Plaintiff
                                        MICHAEL LAYMAN