UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Layman,<br><br>    Plaintiff,<br><br>  v.<br><br>NCO Financial Systems, Inc., a Pennsylvania Corporation,<br><br>    Defendant.<br>_____ / | No. C07-05933<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 18, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: February 27, 2008         RICHARD W. WIEKING,
                                 United States District Court

                                 */s/ Patty Cromwell*
                                 By: Patty Cromwell
                                 Courtroom Deputy Clerk to
                                 Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Debbie Paulerio Kirkpatrick    dkirkpatrick@sessions-law.biz
5  Fred W. Schwinn    fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California