**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
––––––––––––––
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          408.535.5364


## February 27, 2008

**CASE NUMBER:  CV 07-05933 HRL**
**CASE TITLE:  MICHAEL LAYMAN-v-NCO FINANCIAL SYSTEMS, INC.**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to

the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 02/26/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 02/27/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA