United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LAYMAN,　　　　　　　　　　　　　No. C 07-05933 JW

       Plaintiff(s),

       　　　　　　　　　　　　　　　　　　CLERK'S NOTICE SETTING CASE
 v.　　　　　　　　　　　　　　　　　　　　MANAGEMENT CONFERENCE

NCO FINANCIAL SYSTEMS, INC.,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment of this case, all previous dates before Magistrate Judge Howard R. Lloyd are VACATED. A Case Management Conference has been set before Judge James Ware on **April 21, 2008 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference on or before **April 11, 2008.**

Dated: March 3, 2008

                                                    FOR THE COURT,
                                                    Richard W. Wieking, Clerk


                                                    by: _____/s/_____
                                                                Elizabeth Garcia
                                                                 Courtroom Deputy