1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MICHAEL LAYMAN
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10  MICHAEL LAYMAN,                              Case No.  C07-05933-JW-HRL

11                      Plaintiff,

12  v.                                           **NOTICE OF SERVICE OF
                                                 PLAINTIFF'S INITIAL
13  NCO FINANCIAL SYSTEMS, INC., a               DISCLOSURES PURSUANT TO
    Pennsylvania corporation,                    FED. R. CIV. P. 26(a)(1)**
14

15                      Defendant.

16      **COMES NOW** the Plaintiff, MICHAEL LAYMAN, by and through counsel, Fred W.

17  Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 19th day of

18  March, 2008, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ.

19  P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid,

20  addressed to the following:

21                      Debbie P. Kirkpatrick
                        Sessions Fishman Nathan in California, LLP
22                      3667 Voltaire Street
                        San Diego, CA  92106
23                          Attorney for Defendant

24

25  Dated: March 19, 2008                        By: /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
26                                                   Attorney for Plaintiff
                                                     MICHAEL LAYMAN
27

28

---

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES            Case No.  C07-05933-JW-HRL