# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Layman,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　Defendant(s). | 07-05933 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Ike K. Lasater**
Words That Work-Ike Lasater
156 Madrone Ave.
San Francisco, CA 94127
415-664-9555
IkeLasater@wordsthatwork.us

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05933 JW MED　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 21, 2008

> RICHARD W. WIEKING
> Clerk
> by:     Alice M. Fiel
>
> _____
> ADR Case Administrator
> 415-522-3148
> Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05933 JW MED                         - 2 -