David Israel, Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Telephone:  504-828-3700
Facsimile:   504-828-3737
disrael@sessions-law.biz

FILED
2008 MAR 26  A 10: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MICHAEL LAYMAN,

               Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a
Pennsylvania corporation,

               Defendant.

CASE NO. C07-05933 JW

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

     Pursuant to Civil L.R. 11-3, David Israel, an active member in good standing of the bar of Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro hac* basis representing defendant, NCO Financial Systems, Inc., in the above-entitled action.

     In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who matains an office within the State of California has been designated as co-counsel

in the above-entitled action. The name, address and telephone number of that attorney is:

Debbie P. Kirkpatrick
Sessions, Fishman, Nathan & Israel, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
(619) 758-1891.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2008.

David Israel

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**DAVID ISRAEL, ESQ., #7174**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 9th Day of October, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 17th Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002844
Cashier ID: harwellt
Transaction Date: 03/26/2008
Payer Name: Sessions Fishman Nathan

PRO HAC VICE
 For: David Israel
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 1002
 Amt Tendered:   $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-cv-05933-JW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```