1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile:  504-828-3737
4  disrael@sessions-law.biz

RECEIVED
2008 MAR 26 AM 10: 16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

MICHAEL LAYMAN,                    )
                                   )
                   Plaintiff,      )  CASE NO. C07-05933 JW
                                   )
v.                                 )
                                   )
NCO FINANCIAL SYSTEMS, INC., a     )  **ORDER GRANTING APPLICATION**
Pennsylvania corporation,          )  **FOR ADMISSION OF ATTORNEY**
                                   )  **PRO HAC VICE**
                   Defendant.      )
                                   )

David Israel, an active member in good standing of the bar of Louisiana, whose business address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, NCO Financial Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                        United States District Judge

CASE NAME: LAYMAN v. NCO
CASE NO:     C07-05933 JW

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

(XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )   BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

(  )   BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA  95113-2404
Fax: 408-294-6190

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

                                          _____
                                              Ann Coito