1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MICHAEL LAYMAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL LAYMAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,<br><br>　　　　　　　Defendant. | Case No.  C07-05933-JW-HRL<br><br>**PLAINTIFF'S NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT, NCO FINANCIAL SYSTEMS, INC.** |

**COMES NOW** the Plaintiff, MICHAEL LAYMAN, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 28th day of March, 2008, Interrogatories numbered 1 through 17 inclusively, have been submitted for answer by Defendant, NCO FINANCIAL SYSTEMS, INC., in accordance with Rule 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

You will please take notice that the party filing these Interrogatories demands answers under oath in accordance with the rules of civil procedure.  These Interrogatories are continuing and require supplemental answers if additional information is obtained between the time of answering and the time of trial.

ADDITIONALLY, Plaintiff notifies the Court that he has also served a Request for Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure containing 22 paragraphs upon Defendant, NCO FINANCIAL SYSTEMS, INC., and that these discovery requests are to be responded to within thirty (30) days.

ADDITIONALLY, Plaintiff notifies the Court that he has also served a Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 19 paragraphs upon Defendant, NCO FINANCIAL SYSTEMS, INC., and that these discovery requests are to be responded to within thirty (30) days.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Debbie P. Kirkpatrick
Sessions, Fishman, Nathan & Israel, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Attorney for Defendant

on this, the 28th day of March, 2008.

/s/ Fred W. Schwinn
Fred W. Schwinn