Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
e-mail: dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Layman,<br><br>       Plaintiff,<br><br>  vs.<br><br>NCO Financial Systems, Inc.<br><br>       Defendants. | Case No.: C07 05933 JW<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: 4/21/2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 4th Floor |

///
///
///
///

by Telephone and [Proposed] Order Thereon
1

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for April 21, 2008 at 10:00 a.m.  The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted.

Respectfully submitted,

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated:   3/31/08               /s/ Debbie P. Kirkpatrick
                               Debbie P. Kirkpatrick
                               Attorney for Defendant
                               NCO Financial Systems, Inc.

### [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants NCO Financial Systems, Inc, to participate by telephone in the Case Management Conference scheduled for April 21, 2008 at 10:00 a.m.

Dated:                         _____
                               Hon. James Ware
                               United States District Judge