1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
2  3667 Voltaire Street
   San Diego, CA  92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  e-mail: dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

**DENIED**
*James Ware*
Judge James Ware

4/4/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Layman, | ) Case No.: C07 05933 JW |
| Plaintiff, | ) REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON |
| vs. | |
| NCO Financial Systems, Inc. | |
| Defendants. | ) Date: 4/21/2008<br>) Time: 10:00 a.m.<br>) Place: Courtroom 8, 4th Floor |

///
///
///
///

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for April 21, 2008 at 10:00 a.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose. For the convenience of the Court and parties, the undersigned will coordinate a toll-free conference call number for use in conducting the Case Management Conference if the requested relief is granted.

Respectfully submitted,

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

Dated:  3/31/08

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

[PROPOSED] ORDER

The Court DENIES the Defendant's Motion to Appear Telephonically for the April 21, 2008 Case Management Conference at 10:00 AM. The Court is unable to accommodate telephonic requests.

Dated:  April 4, 2008

_____
Hon. James Ware
United States District Judge

Request of Counsel to Participate in Case Management Conference
by Telephone and [Proposed] Order Thereon
2