1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
2  3667 Voltaire Street
   San Diego, CA  92106-1253
3  Tel:    619/758-1891
   Fax:   619/222-3667
4  dpk@sessions-law.biz

5  Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAYMAN, | Case No.  C07-05933 HRL |
| Plaintiff, | NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | |
| Defendants | |

COMES NOW the Defendant, NCO Financial Systems, Inc. (NCO), by and through counsel. Debbie P. Kirkpatrick of Sessions, Fishman, Nathan & Israel, LLP, and hereby notifies the Court that on the 11th day of April, 2008, a true and accurate copy of the Defendant NCO Financial System, Inc.s' Rule 26(a0(1) Initial Disclosures and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

|  |  |
|---|---|
|  | Fred. W. Schwinn |
|  | CONSUMER LAW CENTER, INC. |
|  | 12 South First Street, Ste. 1014 |
|  | San Jose, CA  95113-2418 |
| Dated: 4/11/08 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
|  | /s/ Debbie P. Kirkpatrick |
|  | Debbie P. Kirkpatrick |
|  | Attorney for Defendant |
|  | NCO Financial Systems, Inc. |