Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:  619/222-3667
dpk@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAYMAN, | Case No. C07-05933 JW |
| Plaintiff, | ASSOCIATION OF COUNSEL |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | |
| Defendants | |

Debbie P. Kirkpatrick, Sessions, Fishman, Nathan & Israel, L.L.P., being the attorney of record for Defendant NCO Financial Systems, Inc., hereby associates Liam O'Connor of the law firm of Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc. as co-counsel for Defendant NCO Financial Systems, Inc. in the above-entitled action.

The contact information for associated counsel is: Liam O'Connor, Esq., California Bar Number 246638, Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.,

152 North Third Street, Suite 700, San Jose, CA 95112-5660; 408/286-0880 (telephone); 408/286-0337 (facsimile).

Dated: April 14, 2008                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                    /s/ Debbie P. Kirkpatrick
                                                    Debbie P. Kirkpatrick
                                                    Attorney for Defendant
                                                    NCO Financial Systems, Inc.