1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MICHAEL LAYMAN

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10  MICHAEL LAYMAN,                          Case No.  C07-05933-JW-HRL

11                       Plaintiff,

12  v.                                       **STIPULATION OF DISMISSAL**
                                             **WITH PREJUDICE AND**
13  NCO FINANCIAL SYSTEMS, INC., a           **[PROPOSED] ORDER**
    Pennsylvania corporation,
14                                           Fed. R. Civ. P. 41(a)(1)

15                       Defendant.

16        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MICHAEL LAYMAN, and Defendant, NCO

17  FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

18         1.      The dispute between the parties has been settled, therefore, the claims asserted

19  by Plaintiff, MICHAEL LAYMAN, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the

20  above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.

21  41(a)(1).

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-05933-JW-HRL

-2-

1    Dated:  July 16, 2008                          /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
2                                                          Attorney for Plaintiff
                                                            MICHAEL LAYMAN
3

4    Dated:  July 16, 2008                          /s/ Debbie P. Kirkpatrick
                                                            Debbie P. Kirkpatrick
5                                                          Attorney for Defendant
                                                            NCO FINANCIAL SYSTEMS, INC.
6

7    THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
8

9    Dated:

10                                                        The Honorable James Ware
                                                          Judge of the District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-05933-JW-HRL