1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MICHAEL LAYMAN

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 MICHAEL LAYMAN,                                 Case No. C07-05933-JW-HRL

11                  Plaintiff,
                                                   **STIPULATION OF DISMISSAL
12 v.                                              WITH PREJUDICE AND
                                                   [PROPOSED] ORDER**
13 NCO FINANCIAL SYSTEMS, INC., a
   Pennsylvania corporation,                       Fed. R. Civ. P. 41(a)(1)
14
                    Defendant.
15

16      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MICHAEL LAYMAN, and Defendant, NCO

17 FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

18      1.   The dispute between the parties has been settled, therefore, the claims asserted

19 by Plaintiff, MICHAEL LAYMAN, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the

20 above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.

21 41(a)(1).

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

| | |
|---|---|
| Dated: July 16, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>MICHAEL LAYMAN |
| Dated: July 16, 2008 | /s/ Debbie P. Kirkpatrick<br>Debbie P. Kirkpatrick<br>Attorney for Defendant<br>NCO FINANCIAL SYSTEMS, INC. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
The Court terminates all pending deadlines, hearings, and motions. The Clerk shall close this file.

Dated: July 25, 2008

*James Ware*
The Honorable James Ware
Judge of the District Court